## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:11CR165 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROCIO CHAVEZ, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Rocio Chavez (Chavez) (Filing No. 22). Chavez seeks an additional week in which to file pretrial motions in accordance with the progression order. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Chavez's motion for an extension of time (Filing No. 22) is granted. Chavez is given until **on or before June 30, 2011,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., **the time between June 21, 2011, and June 30, 2011**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 21st day of June, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge